UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MIKE BOKO KANUBONA,

                Petitioner,

    v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

                Respondent.

CASE NO. 2:24-cv-00052-LK-GJL

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner moves for leave to proceed with this action *In Forma Pauperis* ("IFP"). Dkt. 6. The IFP Motion demonstrates that Petitioner is unable to afford the $5.00 filing fee. Although Petitioner has $260 available to him, he indicates that his monthly expenses paid towards familial support far exceed this amount, making any additional expense impracticable. *Id.* at 2.

Petitioner's IFP Motion (Dkt. 6) is therefore **GRANTED**. The Clerk is directed to **FILE** Petitioner's Petition for writ of habeas corpus (Dkt. 6-2) without the prepayment of fees.

//

//

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 1

1 | The Clerk is further directed to **SEND** a copy of this Order to Petitioner.

2 | Dated this 13th day of February, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 2