1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10  MIKE BOKO KANUBONA,

11                      Petitioner,
                  v.
12
    IMMIGRATION AND CUSTOMS
13  ENFORCEMENT,

14                      Respondent.

CASE NO. 2:24-cv-00052-LK-GJL

ORDER FOR RETURN AND STATUS REPORT, § 2241 PETITION

15   Petitioner Mike Boko Kanubona, who is proceeding *pro se* and *In Forma Pauperis*, has

16  filed a 28 U.S.C. § 2241 immigration habeas Petition. Dkt. 8 Having reviewed the Petition, the

17  Court **ORDERS** the following:

18   (1)  Substitution of Respondent

19   Petitioner has named Immigration and Customs Enforcement ("ICE") as Respondent for

20  this action. However, the proper respondent for § 2241 petitions is "the person who has custody

21  over [the petitioner]," not the agency employing that individual. *See Rumsfeld v. Padilla*, 542

22  U.S. 426, 434–35 (2004) (citing 28 U.S.C. §§ 2242, 2243). Petitioner represents that he is

23  currently detained at the Northwest ICE Processing Center (*see* Dkt.8 ), so the proper respondent

24

ORDER FOR RETURN AND STATUS REPORT, § 2241 PETITION - 1

for this action is Drew Bostock, the Field Office Director in charge of that facility. Accordingly, the Clerk of Court is directed to **SUBSTITUTE** Field Office Director Drew Bostock as the Respondent in this action. The Clerk is also directed to **UPDATE** the case title.

      (2)    <u>Service</u>

If not previously accomplished, electronic posting of this Order and Petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the Petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon the named Respondent.

      (3)    <u>Return</u>

**Within 30 days of the date this Order is posted**, Respondent shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondent shall submit a memorandum of authorities in support of their position and should state whether an evidentiary hearing is necessary.

Respondent shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner. The return will be treated in accordance with LCR 7. Accordingly, on the face of the return, Respondent shall note it for consideration on the fourth Friday after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response not later than the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

//

//

//

ORDER FOR RETURN AND STATUS REPORT, §
2241 PETITION - 2

(4)     Change in Custody Status

If Petitioner's custody status changes at any point during this litigation, **Respondent shall file a status update with the Court as soon as possible and no later than 14 days after the change.**

(5)     The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Lauren King.

Dated this 13th day of February, 2024.

Grady J. Leupold
United States Magistrate Judge