UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE BOKO KANUBUNA,<br><br>      Petitioner,<br><br>  v.<br><br>DREW BOSTOCK,<br><br>      Respondent. | CASE NO. 2:24-cv-00052-LK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Grady J. Leupold. Dkt. No. 20. The R&R recommends granting Respondent's motion to dismiss Petitioner Mike Kanubuna's petition for habeas corpus relief filed under 28 U.S.C. § 2241. *Id.* at 1; *see* Dkt. No. 8 (habeas petition); Dkt. No. 11 (motion to dismiss). Specifically, Judge Leupold recommends dismissing Mr. Kanubuna's petition as moot because the relief requested—Mr. Kanubuna's release from immigration detention—has already occurred; Mr. Kanubuna was released on April 12, 2024. Dkt. No. 20 at 1–2; *see* Dkt. No. 19 at 1; Dkt. No. 19-1 at 2. Mr. Kanubuna has not filed any objections to the R&R.

The Court reviews findings and recommendations "*if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Having reviewed the R&R and the remainder of the record, and in the absence of any objections by Mr. Kanubuna, the Court hereby finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation, Dkt. No. 20, and GRANTS Respondent's motion to dismiss, Dkt. No. 11.
2. This case is DISMISSED without prejudice.
3. The Clerk is directed to send copies of this Order to all parties and to Judge Leupold.

Dated this 6th day of May, 2024.

*Lauren King*
Lauren King
United States District Judge